**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE: WANDA MARIE FIELDS
      3044 BUFF HOLLOW          CASE NO. 14-05073-KL3-13
      CANE RIDGE TN 37013
           Debtors
SSN: XXX-XX-0878

## NOTICE OF DEBTOR'S NEW ADDRESS

Comes now the debtor, by and through undersigned counsel, and hereby gives notice of her **NEW address** as follows:

    WANDA MARIE FIELDS
    3044 BUFF HOLLOW
    CANE RIDGE TN 37013

                Respectfully Submitted,

                /S/MARK PODIS
                Mark R. Podis (BPR #012216)
                Attorney for Debtor
                1161 Murfreesboro Road Suite 300
                Nashville, TN 37217
                Phone (615) 399-3800
                Fax (615) 399-9794
                email – PodisBankruptcy@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice has been delivered to the U.S. Trustee, 701 Broadway, 318 Customs House, Nashville, TN 37203 and delivered to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019, mailed to the debtor, to all parties in interest and copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 12th day of November, 2014.

/s/Mark Podis
MARK R. PODIS

A TOTAL OF 26 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MATRIX.

Total first class 26

Total Certified 0