# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: WANDA MARIE FIELDS | CASE NO. 3:14-bk-05073 |
| 3044 BUFF HOLLOW | CHAPTER 13 |
| CANE RIDGE, TN 37013 | JUDGE LUNDIN |
| Debtor | |
| SSN (1): xxx-xx-0878 | |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

Comes now the Debtor, by and through the undersigned counsel, and respectfully moves this Court to allow Debtor to voluntarily dismiss her above referenced Chapter 13 Bankruptcy Case pursuant to Local Rule of Bankruptcy Procedure 1017-2(d).

**WHEREFORE**, Debtor respectfully prays that an Order be entered dismissing the above-styled Chapter 13 Case.

Respectfully Submitted,

/s/ Mark Podis
Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Road Ste 300
Nashville, Tennessee 37217
Telephone (615) 399-3800
Facsimile (615) 399-9794
E-mail PodisBankruptcy@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered to the U.S. Trustee, 701 Broadway, 3rd Floor, Nashville, TN 37203, to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203, and mailed certified to **Wells Fargo Bank** (#7014 1200 0000 0788 5744), Attention: John Stumpf, 101 N Phillips Avenue, Sioux Falls, SD 57104, and mailed first class to debtor, Wanda Fields, 3044 Buff Hollow, and to all creditors and all parties in interest via CM/ECF @ http://ecf.tnmb.uscourts.gov on this the 14th day of March, 2014.

/s/ Mark Podis
MARK PODIS

**A TOTAL OF 22 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MATRIX.**

**First Class Mail 21          Certified Mail 1**